**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

---

**EXPRESS MOBILE, INC.,**
*Appellant*

v.

**FACEBOOK, INC., EXPEDIA, INC., HOMEAWAY.COM, INC., EXPEDIA GROUP, INC., VRBO HOLDINGS, INC., SQUARESPACE, INC., WIX.COM, LTD, WIX.COM, INC., GOOGLE LLC,**
*Appellees*

---

2024-1190

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-01455

---

**NOTICE OF RELATED CASE INFORMATION**

---

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

    Shopify Inc. et al v. Express Mobile, Inc., 1-19-cv-00439 (DDE);

    Express Mobile, Inc. v. Wix.com, Ltd. et al, 3-19-cv-06559 (NDCA);

    Express Mobile, Inc. v. Microsoft Corporation, 3-20-cv-06152 (NDCA);

    Express Mobile, Inc. v. Adobe Inc. d/b/a Adobe Systems Inc. et al, 3-20-cv-08297 (NDCA);

    Express Mobile, Inc. v. Oath Holdings Inc. f/k/a Yahoo!, 3-20-cv-08321 (NDCA);

    Express Mobile, Inc. v. Pinterest, Inc., 3-20-cv-08335 (NDCA);

Express Mobile, Inc. v. Amazon.com, Inc., 3-20-cv-08339 (NDCA);

Express Mobile, Inc. v. Salesforce.com, Inc., 3-20-cv-08461 (NDCA);

Express Mobile, Inc. v. SAP SE et al, 3-20-cv-08492 (NDCA);

Express Mobile, Inc. v. Dropbox, Inc., 3-21-cv-01145 (NDCA);

Express Mobile, Inc. v. Slack Technologies, Inc., 3-21-cv-02001 (NDCA);

Express Mobile, Inc. v. Meta Platforms, Inc., 3-21-cv-06657 (NDCA);

Express Mobile, Inc. v. Atlassian Corp. plc et al, 3-21-cv-08942 (NDCA);

Express Mobile, Inc. v. Google LLC, 3-21-cv-08944 (NDCA); and

Express Mobile, Inc. v. Expedia, Inc., et. al., 1-21-cv-01141 (WDTX).

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

Aabaco Small Business, LLC;

Adobe, Inc.;

Amazon.com, Inc.;

Atlassian Corporation Limited;

Atlassian Corporation PLC;

Atlassian US, Inc. f/k/a Atlassian, Inc.;

Dropbox, Inc.;

Expedia Group, Inc.;

Expedia, Inc.;

Express Mobile, Inc.;

Google LLC;

Homeaway.com, Inc.;

LinkedIn Corporation;

Meta Platforms, Inc. f/k/a Facebook, Inc.;

Microsoft Corporation;

Oath Holdings Inc. f/k/a Yahoo!;

Pinterest, Inc.;

Rayiner Hashem;

Salesforce, Inc. f/k/a salesforce.com, Inc.;

SAP America, Inc.;

SAP Labs, LLC;

SAP SE;

Shopify Inc.;

Shopify (USA) Inc.;

Slack Technologies, LLC f/k/a Slack Technologies, Inc.;

Wix.com, Inc.;

Wix.com, Ltd.; and

X.Commerce, Inc. d/b/a Magento, Inc.

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

Alston & Bird: Katherine G. Rubschlager, Michael J. Newton, Ross R. Barton

Arnold & Porter Kaye Scholer: Michael A. Berta, Nicholas H. Lee, Rica Katrina Santos, Ryan J. Casamiquela, Sean M. Selegue

Baldwin & Baldwin: Melissa R. Smith

Cooley: Elizabeth L. Stameshkin, Heidi L. Keefe, Phillip Morton

The Dacus Firm: Deron R. Dacus

Desmarais: Ameet A. Modi, David Alexander Frey, Emily H. Chen, Jennifer M. Przybylski, John M. Desmarais, Jonathan V. Lewis, Jun H. Tong, Karim Z. Oussayef, Lee J. Matalon, Peter C. Magic

Devlin Law Firm: Robert D. Kiddie, Srikant Cheruvu, Timothy Devlin

Durie Tangri: Adam R. Brausa, Annie A. Lee, Daralyn J. Durie, Eric C. Wiener, Hannah Jiam, Moon Hee Lee, Raghav R. Krishnapriyan, Ryan M. Kent, Timothy C. Saulsbury, Timothy P. Horgan-Kobelski, Vera Ranieri, Whitney R. O'Byrne

Fenwich & West: Albert J Rugo, Dargaye H. Churnet, J. David Hadden, Jessica L. Benzler, M. Conner Hutchisson, Rebecca A. E. Fewkes, Saina S. Shamilov, Todd R. Gregorian

Finnegan Henderson Farabow Garrett & Dunner: Chritina Ji-Hye Yang, Gerson S. Panitch, Jeffrey D. Smyth, Luke J. McCammon

Freeborn & Peters n/k/a Smith Gambrell & Russell: Davind M, Knapp, Jeffrey J. Catalano, Sara A. Gottlieb, Troy D. Smith

Gillam & Smith: J. Travis Underwood, Melissa R. Smith

Gross Klein: George A. Croton, Stuart G. Gross, Timothy S. Kline

Kao LLP: Andrew G. Hamill

King & Spalding: Ramon Andres Miyar, Ramy E. Hanna, Ryan A. Schmid, Steven Rizzi

Kramer Alberti Lim & Tonkovich: Andrew G. Hamill, David L. Alberti, Jerry D. Tice, II, Marc C. Belloli, M. Elizabeth Day, Robert F. Kramer, Robert Y Xie, Russell S. Tonkovich, Ryan K. Dooley, Sal Lim, Sven Raz

McCarter & English: Alexandra M. Joyce, and Daniel M. Silver

McKool Smith: Abigail E. Clark, Alan P. Block, Christopher P. McNett, Kirk Dillman, Ramy E. Hanna, Scott Hejny, Steven Rizzi

MoloLamken: Benjamin T. Sirolly, Benoit Quarmby, Jonathan E. Barbee, Leonid Grinberg,Rayiner I. Hashem, Sarah J. Newman, Steven F. Molo

Morrison & Foerster: Adam R. Brausa, Annie A. Lee, Daralyn J. Durie, Eric C. Wiener, Raghav R. Krishnapriyan, Timothy C. Saulsbury, Timothy P. Horgan-Kobelski, Vera Ranieri, Whitney R. O'Byrne

MT2 Law Group: G. Blake Thompson, J. Mark Mann

Parker Bunt & Ainsworth: Charles L. Ainsworth, Robert C. Bunt

Ropes & Gray: James L. Davis, Jr., James R. Batchelder, Lance W. Shapiro

Scott Douglass & McConnico: Lauren Christine Ditty, Paige A. Amstutz

Sidley Austin: Irene I. Yang, Michael J. Bettinger, Michael L. Roberts, Richard A. Cederoth, Saurabh Prabhakar, Sue Wang

Smith Gambrell & Russell: Troy D. Smith

Steptoe & Johnson: Christopher A. Suarez, James R. Nuttall, JJamie Lucia, ohn L. Abramic, Katherine H. Johnson, Katherine H. Tellez, Laura J. Edelstein, Michael R. Dockterman, Robert F. Kappers, Tron Y Fu

Verizon Media: Hieu H. Phan

Respectfully submitted,

/s/Naveen Modi
Naveen Modi
Joseph E. Palys
Stephen B. Kinnaird
Daniel Zeilberger
PAUL HASTINGS LLP
2050 M Street, N.W.
Washington, D.C. 20036
(202) 551-1700

*Counsel for Appellee Google LLC*

Dated: December 11, 2023